**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BETH ANN WOOD,**
                      Plaintiff,

-vs-                                              Case No. 6:05-cv-797-Orl-19KRS

**BEURET ENTERPRISES, INC.,**
**d/b/a Maison & Jardin Restaurant,**
                      Defendant.
_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

The Court has been advised by the parties that the above-styled action has been completely settled. I conducted the settlement hearing, and I am thoroughly familiar with the settlement terms and the reasons that the plaintiff agreed to compromise her FLSA claims. Based on that information, I find that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354 (11th Cir. 1982).

Accordingly, I recommend that the Court approve the settlement agreement on the terms stated orally on the record at the conclusion of the settlement conference. I further recommend that the Court direct the Clerk of Court to enter a final judgment dismissing the

case with prejudice, pursuant to the agreement of the parties, and thereafter to close the file.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on February 14, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy